IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 19-209

TOBY BONITZ

O R D E R

AND NOW, to wit, this ___ day of February, 2020, upon consideration of the

Motion to Set Case Off Court Calendar, heretofore filed by the United States of America, IT IS

HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER observed by the Court that the prosecution of defendant, Toby

Bonitz, has been deferred for a period of twelve (12) months by the United States Attorney

pursuant to a written agreement with the defendant, for the purpose of allowing the defendant to

demonstrate good conduct and thereby avoid further prosecution of this case, and that said action

of the United States Attorney meets with the approval of this Court.

IT IS FURTHER ORDERED that the case at Criminal No. 19-209 as to defendant,

Toby Bonitz, is hereby set off the calendar of the Court, and IT IS ORDERED that said case is

hereby returned to the Clerk of Court pending further motion of the United States Attorney or the

defendant, Toby Bonitz.

UNITED STATES DISTRICT JUDGE

cc:     Defense Counsel
        United States Attorney
        Pretrial Services